

# United States District Court
### SOUTHERN DISTRICT OF CALIFORNIA

Scott W. Smith

                                **Plaintiff,**

V.

Shawn Hatton, Warden

                                **Defendant.**

Civil Action No. 16-cv-02399-LAB-JLB

**JUDGMENT IN A CIVIL CASE**

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

That the Court finds the Report & Recommendation correct and adopts it. Fed. R. Civ. P. 72; 28 U.S.C. § 636. The Court grants the respondent's motion to dismiss the petition with prejudice.

Date: 5/4/17

**CLERK OF COURT**
**JOHN MORRILL, Clerk of Court**
By: s/ L. Fincher

                                           L. Fincher, Deputy